**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TIM MARSCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:03-CV-1646 CAS |
| | ) | |
| EXXON MOBIL CORPORATION and | ) | |
| SEA RIVER MARITIME, INC., | ) | |
| | ) | |
| Defendants and | ) | |
| Crossclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| THE REINAUER COMPANIES, INC., | ) | |
| REINAUER MARITIME COMPANY, LLC, | ) | |
| REINAUER TRANSPORTATION CO, L.P., | ) | |
| REINAUER TRANSPORTATION | ) | |
| COMPANIES, REINAUER TRANSPOR- | ) | |
| TATION COMPANIES, L.P., REINAUER | ) | |
| TRANSPORTATION COMPANIES, LLC, | ) | |
| REINAUER TRANSPORTATION | ) | |
| COMPANY, INC., and REINAUER | ) | |
| TRANSPORTATION COMPANY, LLC, | ) | |
| | ) | |
| Crossclaim Defendants. | ) | |

**PARTIAL JUDGMENT AND ORDER OF DISMISSAL**

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendants ExxonMobil Corporation and Sea River Maritime, Inc., and against plaintiff Tim Marsch on plaintiff's claims under the Jones Act in Count I of the Complaint.

**IT IS FURTHER ORDERED** that the crossclaims of ExxonMobil Corporation and Sea River Maritime, Inc. against crossclaim defendants The Reinauer Companies, Inc., Reinauer Maritime

Company, LLC, Reinauer Transportation Co., L.P., Reinauer Transportation Companies, Reinauer Transportation Companies, L.P., Reinauer Transportation Companies, LLC, Reinauer Transportation Company, Inc., and. Reinauer Transportation Company, LLC, are **DISMISSED** with respect to Count I.

_____
 **CHARLES A. SHAW**
 **UNITED STATES DISTRICT JUDGE**

Dated this  15th  day of September, 2005.